```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :
                       -v-                                    :          1:18-cr-619-GHW
                                                              :
                                                              :
  TONIANN STAHL,                                              :              ORDER
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on May 25, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge